# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160991(118)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TOWNSHIP OF FRASER,
        Plaintiff-Appellant,

v

HARVEY HANEY and RUTH ANN
HANEY,
        Defendants-Appellees.
_____/

SC: 160991
COA: 337842
Bay CC: 16-003272-CH

      On order of the Chief Justice, the motion of defendants-appellees to strike the brief amicus curiae of the Michigan Townships Association is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2020



Clerk